## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHELLE BARNES and BRIAN RAMSEY, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 08-CV-0290-MJR ) |
| CHARLES (CHUCK) BROY, MARK LAWSON, JASON SERRILS, JAMES WRIGHT, THOMAS CUNDIFF, KYLE RINELLA, REBECCA CROUCH, JOSH DUNNIGAN, MATTHEW McVEY, SHAWN LADD, and JOHN DOE, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On April 17, 2008, Plaintiffs Michelle Barnes and Brian Ramsey filed the above-captioned action against the Defendants, alleging violations of state and federal law (Doc. 2). Plaintiffs' first amended complaint, containing forty separate counts, was filed on August 30, 2008 (Doc. 39). On June 26, 2009, the parties filed a stipulation of voluntary dismissal (Doc. 78) as to Plaintiffs' claims against Defendant Thomas Cundiff.

**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** provides that a plaintiff may voluntarily dismiss an action "by filing a stipulation of dismissal signed by all parties who have appeared." The parties submitted a stipulation of dismissal signed by Richard Fedder, counsel for Plaintiffs, as well the attorneys representing the Defendants: John Ryan and Joseph Bleyer.

Pursuant to the parties' stipulation (Doc. 78), the Court hereby **DISMISSES** the action as to Defendant Cundiff **with prejudice**, with each party to pay their own costs.

**IT IS SO ORDERED.**

**DATED this 8th day of July 2009.**

> s/ Michael J. Reagan
> **Michael J. Reagan**
> **United States District Judge**

1