IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHELLE BARNES and BRIAN RAMSEY,

    Plaintiffs,

v.

CHARLES (CHUCK) BROY, MARK LAWSON, JASON SERRILS, JAMES WRIGHT, THOMAS CUNDIFF, KYLE RINELLA, REBECCA CROUCH, JOSH DUNNIGAN, MATTHEW MCVEY, SHAWN LADD, and JOHN DOE,

    Defendants.

Case No. 08-CV-0290-MJR

### ORDER

**REAGAN, District Judge:**

    Plaintiff Michelle Barnes moved on September 16, 2009, to "withdraw as a party to this lawsuit" (Doc. 124), which the Court construed as a motion for voluntary dismissal under Rule 41(b) of the Federal Rules of Civil Procedure (Doc. 126). Barnes subsequently notified the Court that she wanted the voluntary dismissal with prejudice (Doc. 127),[1] so the Court GRANTS Barnes' motion (Doc. 124) and DISMISSES her claims against all defendants WITH PREJUDICE. Costs are to be born in accordance with the parties' agreement. Plaintiff Barnes is terminated from the case.

    IT IS SO ORDERED.

    DATED this 7th day of October, 2009.

                                      s/ Michael J. Reagan
                                      Michael J. Reagan
                                      United States District Judge

---

[1] Barnes' clarification also asks the Court to "officially terminate her relationship with her attorney, Mr. Fedder, and with her former attorney, Mr. Williams, to the extent that any fiduciary relationship with Mr. Williams still exists," even though this was not in the original motion. Considering that the Court has appointed neither attorney and considering that there are now no longer any motions or hearings pending before the Court involving Barnes in this case, the Court declines to involve itself in the private relationship between counsel and Barnes.